## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA SCHONS,<br><br>                  Plaintiff,<br>   v.<br><br>ARMSTRONG COUNTY COMMUNITY ACTION AGENCY,<br><br>                Defendant. | Civil Action No. 2:21-cv-01623<br><br>Magistrate Judge Lisa Pupo Lenihan<br><br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL

**AND NOW**, comes the Plaintiff, Linda Schons, by and through her attorneys, THE LINDSAY LAW FIRM, P.C., Max B. Roesch, Esquire, and Alexander H. Lindsay, Jr., Esquire and files this Notice of Voluntary Dismissal of Plaintiff's Complaint.

1.     Plaintiff Linda Schons filed a Complaint in the above-captioned matter on November 9, 2021.

2.     Plaintiff Linda Schons passed away on December 7, 2021.

3.     This dismissal is stipulated to by the Defendants who have filed an Answer in this matter as required by Federal Rule of Civil Procedure 41(a).

**WHEREFORE**, Plaintiff respectfully requests that this Court accept the parties' stipulated dismissal of the Complaint and mark the above-captioned matter as "closed."

Respectfully submitted,


s/*Max B. Roesch*

1

Max B. Roesch, Esquire
Pa. Id. No. 326577

The Lindsay Law Firm, P.C.,
110 East Diamond Street, Suite 301
Butler, Pennsylvania 16001
Phone:          724.282.6600
Fax:            724.282.2672